IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00859-LTB

LARRY D. JOHNSON,

    Plaintiff,

v.

BARRACK [sic] H. OBAMA,
JOHN HICKENLOOPER,
MICHAEL L. BENDER, and
KAREN HUBER,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 29, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of April, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ M.J. Garcia
                         Deputy Clerk